IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ZACH HILLESHEIM,

    Plaintiff,

vs.

THE NEBRASKA HUMANE SOCIETY,

    Defendant.

8:18-CV-282

JUDGMENT

Pursuant to the parties' joint Stipulation of Dismissal with Prejudice (filing 53), this case is dismissed with prejudice and without costs, expenses, or disbursements to any party.

Dated this 14th day of March, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge